IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ESTHER JONES,
    Plaintiff,

vs.                                  CASE NO.: 5:05cv66/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 15, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g) and this case is remanded to the Commissioner for further consideration of plaintiff's claim.  Upon remand, the ALJ should consider the period beginning with December 7, 1990, fully evaluate plaintiff's pain and articulate a

residual functional capacity considering his conclusions regarding any left upper extremity limitations, discuss each medical source opinion and explain the weight given to each one, explain what parts of plaintiff's allegations he finds are credible and what parts are not credible. If needed, obtain medical expert testimony to consider the entire record and offer evidence regarding plaintiff's residual functional capacity during the relevant period and if plaintiff has significant nonexertional limitations, obtain vocational expert testimony.

3.  The clerk is directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 19th day of October, 2005.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**