IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ESTHER JONES,
    Plaintiff,

v.                                                  5:05cv66/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 2, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for attorney's fees (doc. 14) is GRANTED and plaintiff's counsel, Chantal J. Harrington, Esquire is entitled to recover a reasonable fee for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees under the EAJA in the

amount of $3,231.29 are reasonable and the Commissioner is directed to pay counsel that amount.  Costs of $250.00 shall also be awarded, to be paid from the Judgment Fund.

**DONE AND ORDERED this 9th day of March, 2006.**


*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**